Case 1:22-mj-00135-ZMF   Document 1-1   Filed 06

Case: 1:22−mj−00135
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date: 6/9/2022
Description: Complaint with Arrest Warrant

## STATEMENT OF FACTS

On Wednesday, June 08, 2022, at approximately 1659 hours within the 3600 blocks of Georgia Avenue NW, Washington DC, Officer Ishakwue and Officer Green were patrolling in the 3600 blocks of Georgia Avenue NW, Washington DC, in full police uniform. Officer Green, while sitting inside of his scout car, observed a male who was later identified by word of mouth as Defendant Delonte Ingraham. Defendant Ingraham was observed walking within the 3600 block of Georgia Avenue NW, with an upside down "L" in the front of his sweat pants.

The upside down L shaped that was observed by Officer Green is consistent with the shape of a firearm. Furthermore, Defendant Ingraham was leaning forward while walking. Defendant Ingraham was looking over his right shoulder after making eye contact with Officer Green. Officer Green and Officer Ishakwue, then exited there patrol cruiser and walked over to Defendant Ingraham to make contact.

Officer Green asked Defendant Ingraham what was the "L" shaped object in the front of his sweatpants and Defendant Ingraham replied " You don't have the right to search me", "I don't consent to a search", "what's your probable cause?" Officer Green advised Defendant Ingraham that he has the right to say no to a pat down. Officers then asked Defendant Ingraham if he would consent to a pat down and Defendant Ingraham answered "No!"

Officer Green then advised Defendant Ingraham that he was going to conduct a protective pat down and if nothing is found he would conduct a Stop and Frisk report. Officer Green moved closer to Defendant Ingraham and reached to the area where he observed the "L" shaped object on Defendant Ingraham's sweatpants and Defendant Ingraham pulled away and attempted to reached inside his sweat pants. Officer Green then removed his MPD issued service pistol from its holster in a high tuck and Defendant Ingraham removed his hand from his sweatpants. Officer Green then touched the area where he observed the "L" shaped and immediately felt a hard object that is not consistent with that of the human anatomy and is consistent with that of a firearm. Officer Green immediately alerted Officer Ishakwue and Officer Rodriquez that Defendant Ingraham has a firearm on his person. Officer on scene tried placing Defendant Ingraham in handcuffs and the defendant resisted handcuffing by pulling away his hands while Officers tried to place him into handcuffs.

Officer Green was able to remove a firearm from the front of Defendant Ingraham's sweatpants where he observed the "L" shape. The firearm was a Smith & Wesson , semi-auto .45 caliber with serial number HSD4015. The firearm was loaded with 7 rounds of ammunition in the magazine and 1 round of ammunition in the chamber.

A criminal history check of Defendant Ingraham revealed that he has prior criminal felony convictions in the Superior Court for the District of Columbia, including Case No. 19-CR-296(TJK), wherein he was sentenced to more than 12 months of incarceration. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

There are no firearm or ammunition manufacturers in the District of Columbia, thus the firearm and ammunition in this case traveled in interstate commerce.

_____
OFFICER AFAM ISHAKWUE, BADGE 3551
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9th day of June 2022.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE